COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of JEAN KAPLAN, Respondent, v. ROBERT DRAKE, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], requiring the defendant to pay three dollars a week for the support of a child born to the complainant, unanimously affirmed. No opinion. Present — Lázansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

DAVID DAVIDOFF, Respondent, v. ROGER WURMSER, INC., Appellant.— Order of the County Court, Nassau County, denying the defendant's motion for judgment on the pleadings dismissing the complaint, pursuant to rule 112 of the Rules of Civil Practice, on the ground that the complaint fails to state facts sufficient to constitute a cause of action and that the court has no jurisdiction of the action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

ALEX. FISHER, Plaintiff, v. TUCKER COOPER and Others, Defendants; NATHAN BAUM, Appellant. EDMUND BARTELS, JR., Receiver-Respondent.— Action to foreclose a mortgage on real property. Order directing the owner to attorn to the receiver and pay a reasonable rental for the occupation of a portion of the mortgaged premises, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.